AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Gillette Air Conditioning Company )<br>  )<br>*Plaintiff* )<br>v. )   Civil Action No. 5:10-CV-548-FB<br>Timothy D. Scheutzow and Field Fusion, Inc. )<br>  )<br>*Defendant* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy D. Scheutzow
2260 Granger Road
Medina, OH 44256-8682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jay K. Farwell
Thomas J. Walthall, Jr.
The Gardner Law Firm
745 E. Mulberry Ave Suite 500
San Antonio, TX 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   William G. Putnicki

Date:   06/29/2010
*Signature of Clerk or Deputy*

