AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Gillette Air Conditioning Company | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 5:10-CV-548-FB |
| Timothy D. Scheutzow and Field Fusion, Inc. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy D. Scheutzow
2260 Granger Road
Medina, OH 44256-8682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay K. Farwell
Thomas J. Walthall, Jr.
The Gardner Law Firm
745 E. Mulberry Ave Suite 500
San Antonio, TX 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 06/29/2010

*Signature of Clerk or Deputy*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-CV-00548-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Timothy D. Scheutzow
was received by me on *(date)* JUNE 30, 2010.

☑ I personally served the summons on the individual at *(place)* 2260 Granger Road, Medina, OH 44256-8682
on *(date)* JULY 1, 2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: JULY 1, 2010

*Server's signature*

JESSE LANSING — PROCESS SERVER
*Printed name and title*

PO BOX 748 MENTOR, OH 44061
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Gillette Air Conditioning Company | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  5:10-CV-548-FB |
| Timothy D. Scheutzow and Field Fusion, Inc. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Field Fusion, Inc.
                                              c/o Timothy D. Scheutzow, Registered Agent
                                              2260 Granger Road
                                              Medina, OH 44256-8682

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay K. Farwell
                                               Thomas J. Walthall, Jr.
                                               The Gardner Law Firm
                                               745 E. Mulberry Ave Suite 500
                                               San Antonio, TX 78212

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                           *CLERK OF COURT*  William G. Putnicki

                                                                                                                 *Kristen Hunt*

Date:     06/29/2010                                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-CV-00548-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Field Fusion, Inc.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Timothy D. Scheutzow, who is designated by law to accept service of process on behalf of *(name of organization)* Field Fusion, Inc. at 2260 Granger Road, Medina, OH 44256-8682 on *(date)* JULY 1, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: JULY 1, 2010

*Server's signature*

JESSE LANSING - PROCESS SERVER
*Printed name and title*

PO BOX 748 MENTOR, OH 44061
*Server's address*

Additional information regarding attempted service, etc: