IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 0 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| **GILLETTE AIR CONDITIONING COMPANY**<br>*Plaintiff* | § § § § § | |
| VS. | § | CIVIL ACTION NO. 5:10-CV-548 |
| **TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.**<br>*Defendants* | § § § § | |

**DEFENDANT TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.'S
MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

---

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Timothy D. Scheutzow and Field Fusion Inc. ("Defendant"), moves this Court for an Order extending the time within which Defendant has to answer or otherwise respond to Gillette Air Conditioning Company's ("Plaintiff") Complaint in the above-captioned matter.

1. This extension is necessary for Defendant to retain counsel and for said counsel to conduct further investigation of Plaintiff's claims prior to responding to the Complaint in this matter.

2. Defendant shows this Court that it was served on July 1, 2010 and its Answer currently is due on July 21, 2010, and the time within which to answer has not yet expired.

3. Defendant hereby moves this Court for an additional thirty (30) days within which to respond to Plaintiff's Complaint, through and including August 20, 2010.

4. Defendant shows this Court that this Motion is not made for purposes of delay.

Respectfully submitted, this 16th day of July, 2010.

_____
Timothy D. Scheutzow, Defendant
2260 Granger Road
Medina, OH 44256
tscheutzow@fieldfusion.net

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **GILLETTE AIR CONDITIONING COMPANY** <br> *Plaintiff* <br><br> VS. <br><br> **TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.** <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 5:10-CV-548 <br> § <br> § <br> § <br> § |

### CERTIFICATE OF SERVICE

This is to certify that I have on this date served the foregoing *Defendant Timothy D. Scheutzow and Field Fusion's Motion for Extension of Time to Answer or Otherwise Plead* and proposed *Order* via United States first class mail as follows:

This 16th day of July, 2010.

_____
Timothy D. Scheutzow, Defendant