UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILLETTE AIR CONDITIONING COMPANY, | § § § § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § § | CIVIL ACTION NO. |
| TIMOTHY D. SCHEUTZOW and FIELD FUSION, INC., | § § § § | SA-10-CV-0548 FB (NN) |
| Defendants/Counter-Plaintiffs. | § | |

**O R D E R**

On August 24, 2010, defendant Timothy D. Scheutzow filed an answer in this case in an effort to represent himself and defendant Field Fusion, Inc. Scheutzow may represent himself in this case, but he may not represent Field Fusion, Inc. As a corporation, Field Fusion, Inc. "cannot appear in proper person as a corporation or through its corporate officer.... It can enter an appearance in this court only through an attorney admitted to practice before this court." **Southwest Express Co. v. I.C.C.**, 670 F.2d 53, 56 (5th Cir. 1982).

Accordingly, Field Fusion, Inc. is **ORDERED** to obtain counsel who is to file a notice of appearance no later than September 22, 2010. Failure to comply with this requirement may result in a default judgment for failure to plead or otherwise defend. **See** Fed.R.Civ.P. 55(a).

**SIGNED** on September 1, 2010.

NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE