# Timothy D. Scheutzow

2260 Granger Road
Medina, OH 44256
~~330.305.3515~~
331. 315.3501

*SA10CV548*

RECEIVED

FILED

SEP 2 4 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SEP 2 4 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

September 23, 2010

Judge Nancy Stein Nowak:

 I seek mercy from the court on this late filing.  We had a sudden passing of an immediate family member, Marie E. Daley (maternal grandmother) that has held all of our time and attention.

I do not mean to waste the Courts time, this inconvenience will not happen again and I offer my sincerest apologies.

Sincerely,

Timothy D. Scheutzow