IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILLETTE AIR CONDITIONING COMPANY<br>*Plaintiff* | § § § § § | |
| VS. | § | CIVIL ACTION NO. 5:10-CV-548 |
| TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.<br>*Defendants* | § § § § | |

## MOTION FOR PERMISSION

Now comes Defendant, Timothy D. Scheutzow, Pro Se, requesting the Court to grant permission to file all future pleadings and motions via electronically using the Case Management/Electronic Case Filing (CM/ECF) system. Defendant requests the Court to issue login and password to proceed.

Respectfully submitted, this 23th day of September, 2010.

Timothy D. Scheutzow, Defendant
2260 Granger Road
Medina, OH 44256
tscheutzow@fieldfusion.net