UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILLETTE AIR CONDITIONING COMPANY, | § § § § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § § | CIVIL ACTION NO. |
| TIMOTHY D. SCHEUTZOW and FIELD FUSION, INC., | § § § § | SA-10-CV-0548 FB (NN) |
| Defendants/Counter-Plaintiffs. | § | |

### ORDER DENYING MOTION TO FILE ELECTRONICALLY

The matter before the Court is defendant Scheutzow's motion for permission to file future pleadings electronically (docket entry 22). Defendant's motion fails to contain a certification that the motion was served on plaintiff. **See** Local Rule CV-5(b). Accordingly, the motion is DENIED.

**SIGNED** on September 27, 2010.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE