IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GILLETTE AIR CONDITIONING COMPANY | § § § § |
| VS. | §  CIVIL ACTION NO. 5:10-CV-548 |
| TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC. | § § § § |

## ADR REPORT

Pursuant to the Court's November 16, 2010 Scheduling Order and local rule CV-88, plaintiff Gillette Air Conditioning Company ("Gillette") submits this ADR Report.

The parties have engaged in settlement negotiations. In defendant Scheutzow's last settlement communication, dated September 1, 2010, he increased his settlement demand by 30% and advised that the amount of his settlement demand would increase by an additional 15% "...every time we discuss the settlement proposal and leave the table without a settlement..." Based upon Gillette's experience attempting to resolve this dispute to date, Gillette does not believe that ADR is appropriate in this case at this time.

The person responsible for settlement negotiations for Gillette Air Conditioning Company is Vince Gillette, Jr. and counsel. Gillette has been informed of the ADR procedures available in this district.

Dated: December 1, 2010.

Respectfully submitted,

**THE GARDNER LAW FIRM**
*A Professional Corporation*
745 East Mulberry Avenue, Suite 500
San Antonio, Texas 78212
(210) 733-8191 – Telephone
(210) 738-5538 – Facsimile

By: _____
**JAY K. FARWELL**
State Bar No. 00784038
**THOMAS J. WALTHALL**
State Bar No. 20821600
**ATTORNEYS FOR PLAINTIFF
GILLETTE AIR CONDITIONING
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing has been forwarded to all parties on the 1st day of December, 2010, addressed as follows:

Timothy D. Scheutzow
2260 Granger Road
Medina, Ohio 44256-8682

Field Fusion, Inc.
2260 Granger Road
Medina, Ohio 44256-8682

_____
JAY K. FARWELL