IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 13 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| **GILLETTE AIR CONDITIONING COMPANY AND VETS, LLC. AND VINCENT J. GILLETTE** *Plaintiff / Counter-Defendants* | § § § § § |
| VS. | § CIVIL ACTION NO. 5:10-CV-548 |
| **TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.** *Defendants / Counter-Plaintiff* | § § § § |

## ADR REPORT

Pursuant to the Magistrates Scheduling order the Defendant/Plaintiff, Timothy D. Scheutzow *prose*, respectfully submits this ADR Report.

I made a good faith effort to begin and continue settlement negotiations that were stopped and hindered by the plaintiff. I, in the sprit of cooperation and trying to resolve this matter peacefully, authored a letter dated August 9th (Exhibit 1) to the plaintiff detailing a settlement plan and striking a tone to encourage dialog and settle this case with out wasting the courts time and energy. I offered a calculation to show I was trying to negotiate in good faith and to take into account the plaintiffs' circumstances and resources. I began negotiations by offering an olive branch and appealing to our mutual faith to begin the settlement process. When I received the settlement counter proposal by phone (Exhibit 2) I asked for any supporting figures and calculations to help me appreciate the plaintiffs' positions. I was met with resistance and complete disrespect. I offered tangible calculations to support my position on a settlement offer and when I asked for the same from the plaintiff I was told "he spent a lot of money" yet wouldn't give me the supporting detail, leaving me in a position unable to react and with out any

kind of boundaries to work with. The plaintiff's continued misrepresentation of facts and his uncooperative posture have made any type of continued negotiation nearly impossible. My wish is to settle this case without wasting the courts time or energy but all attempts that I have mounted have not been handled in good faith by the plaintiff or their counsel. It is my belief any mediation process would meet with the same resistance from the plaintiff that has been prevalent through out my efforts. As a result I don't believe that ADR would be appropriate in this case at the current point in time.

Respectfully submitted, this 1st day of December, 2010.

_____ *Pro Se*
Timothy D. Scheutzow *Pro Se*, Defendant
2260 Granger Road
Medina, OH 44256
tscheutzow@oriotek.com

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GILLETTE AIR CONDITIONING COMPANY AND VETS, LLC. AND VINCENT J. GILLETTE<br>*Plaintiff/Defendant*<br><br>VS.<br><br>TIMOTHY D. SCHEUTZOW AND FIELD FUSION, INC.<br>*Defendants/Plaintiff* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:10-CV-548<br>§<br>§<br>§<br>§ |

### CERTIFICATE OF SERVICE

This is to certify that I have on this date served the foregoing *ADR Report* via email to Jay K. Farwell at jkf@tglf.com and to Paralegal Ernie J. Broussard at ejb@tglf.com receipt and delivery confirmation:

This 1st day of December, 2010.

_____ Pro Se
Timothy D. Scheutzow, Defendant